

**NUMBER 13-10-00403-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JACOB MORALES,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

**On appeal from the 36th District Court
of San Patricio County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, Jacob Morales, was convicted of possession with intent to deliver cocaine. On July 29, 2010, appellant filed a pro se notice of appeal. Appellant's appointed counsel in the trial court advised this Court that he was not retained or appointed to represent appellant on appeal. On February 10, 2011, this Court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute this appeal and whether appellant is indigent and entitled to court-appointed

counsel.

At the trial court hearing, appellant stated that he did not wish to continue with his appeal and wanted to withdraw his appeal. Appellant's trial court counsel has filed motion to dismiss the appeal that does not contain the appellant's signature. *See* TEX. R. APP. P. 42.2 (a). Although no written motion has been filed in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure, we conclude that good cause exists to suspend the operation of Rule 42.2(a) in this case in accordance with Rule 2. *See* TEX. R. APP. P. 2. Accordingly, the motion to dismiss is GRANTED and the appeal is DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
24th day of March, 2011.

2